John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

Check No. 807670

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-10208 | 018-0 | CHRISTOPHER D FULLER | ████3228 | 2,534.55 | 1,549.21 | 409.37 | 1,958.58 |
| | | Original Check written to: | | | | | |
| | | CHASE MANHATTAN MORTGAGE CORP | | | | | |
| | | ATTN: PP-G7 BANKRUPTCY PYMT PROC | | | | | |
| | | P O BOX 182106 | | | | | |
| | | COLUMBUS, OH  43218-2106 | | | | | |